**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAUN SIVERD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMPING WORLD HOLDINGS, INC., MARCUS A. LEMONIS, MATTHEW D. WAGNER, and THOMAS E. KIRN,<br><br>Defendants. | Case No. 1:26-cv-02710<br><br>District Judge LaShonda A. Hunt<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' OPPOSED MOTION TO DISMISS**
**PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Defendants Camping World Holdings, Inc., Marcus A. Lemonis, Matthew D. Wagner, and Thomas E. Kirn (collectively, the "Defendants"), by and through their counsel, respectfully move this Court to dismiss with prejudice Lead Plaintiff Employees' Retirement System of City of Baton Rouge and Parish of East Baton Rouge's July 24, 2026 Amended Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 58), pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 8(a) and the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for failure to state claims upon which relief can be granted. In support of this Motion, Defendants submit the accompanying Memorandum of Law in Support and supporting exhibits.

Counsel for Defendants certifies that, prior to filing this Motion, counsel met and conferred with Lead Plaintiff's counsel and confirmed that Lead Plaintiff opposes this Motion. The parties also agreed to a briefing schedule, which was subsequently entered by the Court on August 24, 2026 (Dkt. 62).

Dated: September 24, 2026

Respectfully submitted,

/s/ *Eric R. Swibel*

**LATHAM & WATKINS LLP**
Eric R. Swibel (ARDC No. 6297743)
Nicholas J. Siciliano (ARDC No. 6287387)
Kathryn George (ARDC No. 6306004)
Renatta A. Gorski (ARDC No. 6332737)
330 N. Wabash Ave, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
eric.swibel@lw.com
nicholas.siciliano@lw.com
katie.george@lw.com
renatta.gorski@lw.com

*Attorneys for Defendants Camping World Holdings, Inc., Marcus A. Lemonis, Matthew D. Wagner, and Thomas E. Kirn*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court on September 24, 2026 and served on all counsel of record and interested parties via the CM/ECF system.

*/s/ Eric R. Swibel*
Eric R. Swibel