**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAUN SIVERD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMPING WORLD HOLDINGS, INC., MARCUS A. LEMONIS, MATTHEW D. WAGNER, and THOMAS E. KIRN,<br><br>Defendants. | Case No. 1:26-cv-02710<br><br>District Judge LaShonda A. Hunt<br><br>**ORAL ARGUMENT REQUESTED** |

**EXHIBIT INDEX TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF OPPOSED MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Camping World Holdings, Inc. Annual Report on Form 10-K for Fiscal Year 2024, dated Feb. 28, 2025, publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001669779/000155837024001703/cwh-20231231x10k.htm |
| B | Transcript of Camping World Holdings, Inc. Company Conference, dated Mar. 11, 2025, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/325802-bofa-securities-consumer-and-retail-conference-2025/ |
| C | Transcript of Camping World Holdings, Inc. Q4 2023 Earnings Call, dated Feb. 22, 2024, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/125240-q4-2023/ |
| D | Camping World Holdings, Inc. Annual Report on Form 10-K for Fiscal Year 2023, dated Feb. 26, 2024, publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001669779/000155837024001703/cwh-20231231x10k.htm |
| E | Transcript of Camping World Holdings, Inc. Q2 2025 Earnings Call, dated July 30, 2025, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/340361-q2-2025/ |
| F | Camping World Holdings, Inc. Quarterly Report on Form 10-Q for Q3 2024, dated Oct. 29, 2024, publicly available at |

| | |
|---|---|
| | https://www.sec.gov/ix?doc=/Archives/edgar/data/0001669779/000155837024013838/cwh-20240930x10q.htm |
| G | Transcript of Camping World Holdings, Inc. Q3 2024 Earnings Call, dated Oct. 29, 2024, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/217811-q3-2024/ |
| H | Transcript of Camping World Holdings, Inc. Q4 2024 Earnings Call, dated Feb. 26, 2025, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/248053-q4-2024/ |
| I | Camping World Holdings, Inc. Quarterly Report on Form 10-Q for Q1 2025, dated May 1, 2025, publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001669779/000155837025006122/cwh-20250331x10q.htm |
| J | Transcript of Camping World Holdings, Inc. Q1 2025 Earnings Call, dated Apr. 30, 2025, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/319609-q1-2025/ |
| K | Camping World Holdings, Inc. Quarterly Report on Form 10-Q for Q2 2025, dated July 30, 2025, publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001669779/000155837025009795/cwh-20250630x10q.htm |
| L | Camping World Holdings, Inc. Quarterly Report on Form 10-Q for Q3 2025, dated Oct. 30, 2025, publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001669779/000110465925104366/cwh-20250930x10q.htm |
| M | Transcript of Camping World Holdings, Inc. Q3 2025 Earnings Call, dated Oct. 29, 2025, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/368716-q3-2025/ |
| N | Camping World Holdings, Inc. Q4 2025 / Full Year 2025 Earnings Press Release, dated Feb. 24, 2026, publicly available at https://investor.campingworld.com/press-releases/press-release-details/2026/Camping-World-Holdings-Inc--Reports-Fourth-Quarter-2025-Results/default.aspx |
| O | Transcript of Camping World Holdings, Inc. Q4 2025 Earnings Call, dated Feb. 25, 2026, publicly available at https://stockanalysis.com/stocks/cwh/transcripts/400187-q4-2025/ |