# EXHIBIT J

S&P Global
Market Intelligence

# Camping World Holdings, Inc. NYSE:CWH

# FQ1 2025 Earnings Call Transcripts

## Wednesday, April 30, 2025 12:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2025- | | | -FQ2 2025- | -FY 2025- | -FY 2026- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.20) | (0.15) | NM | 0.68 | 0.84 | 1.50 |
| **Revenue (mm)** | 1424.40 | 1413.52 | ▼(0.76 %) | 1924.56 | 6481.48 | 6987.80 |

Currency: USD
Consensus as of Apr-29-2025 11:22 PM GMT




**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2024** | 0.53 | 0.38 | ▼1 (28.30 %) |
| **FQ3 2024** | 0.09 | 0.13 | ▲2 44.44 % |
| **FQ4 2024** | (0.54) | (0.47) | NM |
| **FQ1 2025** | (0.20) | (0.15) | NM |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ........................................................................... | 3 |
| Presentation | ........................................................................... | 4 |
| Question and Answer | ........................................................................... | 7 |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Lindsey J. Christen**
*Chief Administrative & Legal Officer and Company Secretary*

**Marcus A. Lemonis**
*Chairman & CEO*

**Matthew D. Wagner**
*President*

**Thomas E. Kirn**
*CFO & Principal Accounting Officer*

**ANALYSTS**

**Alexander Thomas Perry**
*BofA Securities, Research Division*

**Bret David Jordan**
*Jefferies LLC, Research Division*

**John Michael Healy**
*Northcoast Research Partners, LLC*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Michael Arlington Swartz**
*Truist Securities, Inc., Research Division*

**Noah Seth Zatzkin**
*KeyBanc Capital Markets Inc., Research Division*

**Sean Wagner**

**Tristan M. Thomas-Martin**
*BMO Capital Markets Equity Research*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Camping World Holdings, Inc. First Quarter 2025 Results Conference Call. [Operator Instructions] Please note that this event is being recorded.

I would now like to turn the conference over to Lindsey Christen, Chief Administration, Legal Officer. Please go ahead.

**Lindsey J. Christen**
*Chief Administrative & Legal Officer and Company Secretary*

Thank you, and good morning, everyone. A press release covering the company's first quarter ended March 31, 2025, financial results was issued yesterday afternoon, and a copy of that press release can be found in the Investor Relations section of the company's website.

Management's remarks on this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These remarks may include statements regarding our business plans and goals, macroeconomic and industry trends, customer trends, inventory strategy, future growth of our operations, capital allocation and future financial results and position. Actual results may differ materially from those indicated by these remarks as a result of various important factors, including those discussed in the Risk Factors section in our Form 10-K, on our Form 10-Qs and other reports on file with the SEC. Any forward-looking statements represent our views only as of today, and we undertake no obligation to update them.

Please also note that we will be referring to certain non-GAAP financial measures on today's call, such as EBITDA, adjusted EBITDA, adjusted earnings per share diluted, which we believe may be important to investors to assess our operating performance. Reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial statements are included in our earnings release and on our website. All comparisons of our 2025 first quarter are made against the 2024 first quarter results unless otherwise noted.

I'll now turn the call over to Marcus.

**Marcus A. Lemonis**
*Chairman & CEO*

Thanks, Lindsey. Good morning, and welcome to our first quarter 2025 earnings call. We entered the year with a few simple mandates: sell more RVs, improve our margins and reduce our costs. As part of that, we made a commitment to deliver for the 2025 year an improvement of SG&A as a percentage of gross by 600 to 700 basis points. We began the mandate by making the difficult decision to part ways with a number of team members and optimized our footprint and real estate through the targeted consolidation of dealerships, working to accelerate sales per rooftop and improve efficiency.

Through an intense focus on profitability, we achieved EBITDA growth of nearly 4x the previous year in the quarter. We've taken decisive action on SG&A and cash preservation during the first quarter, the primary benefits of which we expect to show up in the second half of the year through the balance of the year, so we may achieve our goal.

Our company is uniquely positioned to outperform compared to our peers, especially in an environment like this, with stabilizing forces in the used business, the Good Sam business and our service and parts business. The RVs we sell are built in America so that people can see America, mitigating the impact from tariffs to our industry. There are 3 very specific points around this topic. We expect the direct tariff impact to the broader RV industry to be relatively immaterial with new model year '26 pricing up -- to be up in the mid-single digits range.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In the event new model year 2026 prices increase more materially, we see the used side of our business, as evidenced in Q1, as a continual benefit for increasing value in this area and our contract manufacturing strategy allows us to react swiftly on the new side of the business. We have not seen any discernible impacts on demand from tariff uncertainty. This includes no clear evidence of any pull-forward demand or prebuying, giving us greater confidence in the positive March and April sales trends we are seeing.

We remain confident in the guidepost we've laid out to deliver growth in excess of low double digits in the used units, low single digits in new, vehicle gross margins within our historical range and SG&A as a percentage of gross profit by improving 600 to 700 basis points. While we experienced some pressure on ASP during the quarter, we're committed to managing our SG&A to mitigate any ASP variability that can persist in the near term while finding new customers and growing our market share. We believe in the strength in our business and how we are positioned for idiosyncratic growth in '25.

I'll now turn the call over to Matt.

**Matthew D. Wagner**
*President*

Thanks, Marcus. Our momentum in new and used unit sales has extended far beyond March with April to date used same-store unit sales up high teens and with new unit sales up high single digits. We again reached record levels of combined new and used unit market share, seeing it over 14% through February. Importantly, we continue to maintain a high degree of velocity within our used RV supply chain, helping to fuel our significant used sales momentum. We achieved record levels of used inventory procurement in March, and we are on pace to set another record in April. This laser-focused effort ensures we have an adequate supply of used inventory to sustain our comps into the peak selling season.

We continue to closely monitor affordability with a further shift to entry-level single axle units, a trend that we believe could persist throughout the selling season. Excluding these entry-level products, our new ASP was up in the quarter, much more in line with our expectations entering the year. We opened 9 dealerships during the quarter, including 5 Lazydays locations. We are pleased to report these locations were profitable in March, which compares to a significant cumulative EBITDA loss for these properties prior to acquisition. As we move through 2025, we remain confident in the recent strength of our new and used businesses.

I'll now turn the call over to Tom.

**Thomas E. Kirn**
*CFO & Principal Accounting Officer*

Thanks, Matt. For the first quarter, we recorded revenue of $1.4 billion, an increase of 4%, driven primarily by a 30% increase in used unit sales. Used vehicle gross margins of 18.6% continued to exhibit year-over-year improvement as we aggressively brought fresh inventory back into the system. Within Good Sam, we've made investments in our roadside assistance business in response to industry consolidation and business opportunities, positioning the organization for margin stabilization and earnings growth later in 2025 as we leverage this new infrastructure and lap claims cost increases.

Within product, services and other, our core dealer service revenues and our accessory business showed improved gross profit and margins despite reported top line pressure from the sale of our furniture business during the second quarter of last year and a higher allocation of service hours to used inventory reconditioning.

We reported adjusted EBITDA of $31.1 million compared to $8.2 million last year. SG&A for the quarter was in line with our expectations and does not fully reflect cost-saving actions taken in the first quarter or the additional measures currently underway in the second quarter. As we saw new ASPs soften, we took action at the end of the quarter to eliminate roughly $35 million of annualized SG&A through a combination of headcount, marketing and contract cost reductions.

We recently announced the consolidation of stores in 6 markets, reducing our dealer count in April while continuing to improve both our sales per rooftop and profitability. We ended the quarter with about $179 million of cash, including approximately $158 million of cash in the floor plan offset account. We also have

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

about $367 million of used inventory net of flooring and another $203 million of parts inventory. Finally, we own about $205 million of real estate without an associated mortgage.

I'll now turn the call back over to Marcus.

**Marcus A. Lemonis**
*Chairman & CEO*

Thanks, Tom. Our team's conviction really stems from our current outperformance of our competitors, a carryover from last year. Our growth in market share and our ability to control costs and keep laser-focused on reducing SG&A.
I'd now like to open up the call for Q&A.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Joe Altobello from Raymond James.

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

So Marcus, I want to go back to your comments regarding ASPs. You mentioned they were a little bit softer than expected. It sounds like a lot of that was mix. But how much of that was promotion driven? And maybe as a related question, how much support are you getting from your OEM partners right now versus, let's say, last year?

**Marcus A. Lemonis**
*Chairman & CEO*

Well, I'm going to disconnect the last 2 parts to the ASP issue. As it relates to how much help are we getting from our manufacturers, so we're particularly continues to be committed to pushing things through the system and growing market share in 2025. But we're doing it responsibly by proper inventory planning, proper stocking and a real collaboration around making sure that there's efficiency for both companies.

I think as we look at the margin profile, it's clear that we didn't need to be overly promotional. Our new margins continue to be, quite frankly, in line with our historical levels, even though we know competitors have actually gotten far more aggressive. We haven't had to do that. Our ASP softness, as some people like to describe it, for us is what it is. And what I mean by that is our job every day that we wake up is to sell more RVs, generate more gross and grow market share.

I think Matt had mentioned that our market share in the first 90 days of the year is already 14%. Keep in mind, we had set a goal at the beginning of the year of just going from 11.2% in '24 to 12%. So we're not having pressure in any of those things. I think what we're doing better than everybody else is we're finding the gaps in the market where the customer wants to be. And that isn't in just finding the least expensive units to sell.

When you look at all the different type codes that exist and all the different floor plans that exist from a small travel trailer single axle up to a motorhome, we're finding the opening price points in all of those segments, which is what we believe is driving overall gross profit dollars. It's driving market share and it's putting a little bit of pressure on our ASPs. When you extract out the entry-level 13B and 17B unit that we sell, primarily to meet new customers, to put people in the Good Sam file to introduce them to our Camping World and parts and service business, when you separate that all out and you extract it, our ASPs are actually over $40,000.

I think what really matters to us is that we don't want to manage our business on ASPs, but we're not tone-deaf to understand that a drop in ASP, $2,000 equates to revenue and gross profit. In a way to address that, combat that right out of the rip, that's why you hear all of this discussion around location consolidation, the elimination of fixed cost, the departure of hundreds and hundreds of people from our organization. We understand that we made a commitment that 600 to 700 basis points of improvement were required, and we knew that ASPs were one of the variables in that equation, and we're acting real time.

Please know that the ASP numbers that you see in Q1 typically accelerate as we get into Q2, Q3 and Q4. So we still expect them to be up from where you see them in Q1, but there's a possibility. There's a possibility that they could be off for the full year. We're operating our business as if they're going to be off about $2,000, and we're doing that proactively by eliminating more costs in anticipation and trying to offset some of that with used evidenced by Q1.

**Joseph Nicholas Altobello**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Raymond James & Associates, Inc., Research Division*

Understood. And maybe just to follow up on that. You mentioned new same-store sales units were up high single digits in April. I think it was down 2% in the first quarter. So I guess what drove the acceleration that you're seeing here in April month?

**Matthew D. Wagner**
*President*

Well, Joe, I mean, just to reflect upon that first call that we had to start the year, which was our year-end call for 2024, we experienced some of that inclement weather in February, in which case, our new same-store sales were slightly down in February. However, when we look at our March results, we were actually up about 3% on new same-store sales in March. And then as we rolled into this April time frame, the comps were a little bit easier.

When we look at a 2-year stack or even just, frankly, just year-over-year, where it was expected that we should be in this high single digits range, which is why we could still maintain throughout the balance of the year, we feel confident that we should hit that low single digits new same-store sales for the balance of the year in particular.

**Marcus A. Lemonis**
*Chairman & CEO*

I think the thing that's maybe more exciting for me is the noise around Easter in April. So we're going to be up materially on new in April. We're going to be up materially in used in April, and we had Easter in April as opposed to March. So I think the real upside and the real momentum that we're seeing, quite frankly, is maybe a little under addressed because of Easter.

**Operator**

The next question comes from James Hardiman from Citigroup.

**Sean Wagner**

This is Sean Wagner on for James. I guess you previously spoke about the 3% to 5% pricing increase potentially from tariff headwinds or from the OEMs. Has your thinking, I guess, changed on that number at all with all the moving tariff pieces? Or are you expecting to still see that potentially before the model year changeover? Or I guess, how else should we be thinking about potential fallout for the RV industry and within your business?

**Marcus A. Lemonis**
*Chairman & CEO*

Well, we don't think there's any fallout for the RV industry. In fact, we think the RV industry as a whole is very defensible against it. But we think our company is uniquely positioned as a matter of clarity, all RV dealers do not buy RVs at the same price. And so we're not operating on a level playing field. So we have a little bit of a competitive advantage there.

When we talk about trying to predict where we think the prices are going to increase, number one, we don't anticipate any price increases before the model year '26 calendar. And we haven't seen any indications of any materiality of such. We also know that any increase in new values, even if it ends up being 6% to 7% for the industry at large, is also a buoy for our used business.

And so part of the reason we're excited to continue to accelerate our used business is because the inventory that we have on the ground today becomes more valuable. Our ability to procure with our strong balance sheet and our processes becomes more valuable and our ability to execute and hit our goals and our guideposts become easier. We don't see any increase at this point in our business that we believe is going to create any friction that will create a demand issue. But we're also not naive to think that a consumer outside of our business, outside of like our own structure may be affected.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so we're making sure that we're making all the SG&A moves and all the mix shifts to new to used, to look at different price points to be able to address any resistance that the customer could potentially have from what tariffs could cost them in other parts of their life.

**Matthew D. Wagner**
*President*

And I don't really think, Sean, that any of our thinking has changed. As we spoke about in our prepared remarks, I mean, we talked about being up mid-single digits, which I would just suggest that we're still largely in terms of all the products that we source from the largest manufacturers being Thor or Sugar, Winnebago. They'll all be in that like 3% to 5-ish percent range. There might be some fringe players that are pushing more to like 7%, 8%, 9%, but I think across the board, we'd anticipate just some basic price increases here over the next 1.5 months, which to answer your question about the model year changeover.

Typically, for most of these manufacturers, that will be June 1. In which case, we, as a dealership body, have to sourced most of the product that we need to get through the selling season. And we feel like we're really advantageously positioned to take advantage of whatever demand exists there with these 25 that we've ramped up some of these purchases on the last couple of months.

**Sean Wagner**

Okay. That's great. And if I just one quick follow-up. I guess in the past, you've spoken about not liking where your leverage is and wanting to get that down by the end of the year. I guess can you -- what else can you tell us about the durability of your balance sheet and cash flow if we see a meaningful protracted slowdown in the economy? And given where the stock is trading, is there any assurance that you can give to investors to kind of calm fears around financial leverage and that associated risk?

**Marcus A. Lemonis**
*Chairman & CEO*

It's the same thing we've said from day 1. We have a very healthy balance sheet, as Tom evidenced between cash, used inventory that we own free and clear, parts that we own free and clear, real estate that we own free and clear and available revolvers, both on the floor plan and in other areas. We've actually paid down debt, and we will continue to pay down debt through the balance of the year. Any investor that's concerned about our leverage is lined up with us. We agree, which is why it was important for us to outkick our coverage in Q1 and continue to deliver on the results that we have told people we will deliver on for the simple fact that we want to generate cash and we want to delever as fast as we can. It is our goal to always be in the 3.5 or below range. Quite frankly, I'd prefer to be at 3.

We understand just through math that we're not there today. So a combination of selling underutilized assets and freeing things up and improving our results are how we want to accelerate getting there. Investors should feel very comfortable that we are laser-focused on doing that because we understand that, that's a risk, and we want to eliminate that risk as fast as we can.

**Operator**

The next question comes from Alex Perry from Bank of America.

**Alexander Thomas Perry**
*BofA Securities, Research Division*

Congrats on a strong quarter. I guess, first, just a very high-level question. What do you think is driving the strength in your business versus the softness in consumer confidence and more tepid outlook that we're starting to see show up in the broader sort of consumer discretionary landscape?

**Marcus A. Lemonis**
*Chairman & CEO*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, it's our belief that the softness that the industry may be experiencing and the softness that the general consumer may be indicating to us on other transactions isn't really evidenced in our business specifically because we serve the installed base first. And I think it's really important to understand that there are millions and millions of RVers who already love the lifestyle. And if you go back and you look at the history of the RV business, there has never been a year where the number of RVs in registration, in total circulation, in use, visiting campgrounds, visiting our stores, trading their units in has ever gone backwards. And so that stable foundation and our active database of those consumers gives us a leg up on everybody.

We also think that the fact that we really understand the affordability matrix around consumers and monthly payments gives us an advantage to show people that owning an RV at $289 a month, $299 a month, $149 a month in those price ranges and being able to have time with their family and take vacations and do activities at that kind of value is really what supersedes all the other things that are happening.

And so when people pull back on Major League sports or pull back on going to theme parks or taking European vacations, they don't pull back on taking a monthly expense of $289 to take multiple vacations with their family. We saw it in '08 and '09. We saw it in 2018. We saw it especially during the beginning of COVID before people couldn't do things that this business, if it's focused on the installed base through Good Sam, through used, through service, will do very well in an environment like this because it's a really, really affordable alternative.

**Alexander Thomas Perry**
*BofA Securities, Research Division*

That's incredibly helpful. And then my follow-up was, I just wanted to ask what is driving the used outperformance that we've seen so far in 1Q and April to date? How do you expect to keep driving that as we move forward here?

**Marcus A. Lemonis**
*Chairman & CEO*

It's all Matt Wagner, to be honest.

**Matthew D. Wagner**
*President*

Team effort, team effort. Ultimately, Alex, we've done a very good job as a team understanding exactly where we need to source products from and creating enough different mechanisms by which we could attract different consumers or solicit them to sell their assets to us. We tried to refine this as best we could over the last 1.5 years when -- for those that have been in the industry can recall for a little while that we experienced deflation in our new invoice pricing last year, in which case, the used marketplace became somewhat untenable for us.

As such, the comps that we're heading into this year are a little bit more manageable. And furthermore, we've been a lot more creative in terms of sourcing products and understanding what the arbitrage is that exist between new versus used. Really, the only limiting factor heading into this year with our used business was going to be our ability to secure and procure assets. And in large part, that was going to be a derivative of our human capitals capability to actually continue to secure enough assets to continue these growth.

We feel really good with how much we've been able to procure in the first 4 months of this year, in fact, setting records in each of the respective months for the amount of used units purchased in each of those respective months historically. So now the question is how much more can we push this and how much more creative can we get in terms of sourcing products?

**Marcus A. Lemonis**
*Chairman & CEO*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I want to give you a visual that I think may help you and other folks understand how we think about selling RVs to consumers in general. And if you could visualize what a periodic table looks like and the matrix that's on the wall, we look at every single payment, monthly payment that could fill every single one of those things. And as we look at trying to address the market between new and used and different floor plans, we try to make sure that what we carry in new and what we carry in used can give people options inside of each one of those price boxes, starting all the way from $89 a month, going up to what could be $1,200 a month.

And as you looked at it across the board, most dealers tend to look at those boxes and they're able to fill it with whatever the OEM provides them period because they don't have the balance sheet to buy used. We actually have a 3-pronged approach to doing that. Whatever the manufacturer can fill on the grid, whatever our contract manufacturing can do to fill in all of the gaps that we think the OEM left behind. And then we use the rest to fill it with used, whether it's a $200,000 diesel motorhome that used to be $500,000 or a $39,000 fifth wheel that used to be $69,000, people still may need floor plan and size.

When people come to our company, we don't really sell them on anything other than what can you afford and who's traveling with your family? How many people, how many animals. And we build that matrix to understand how to build affordability and the right floor plan at the exact same time. Now the people in the stores probably don't think about it that way. But when you look at what Matt has built from an inventory procurement and management system, it essentially fills that chart every single day and then the pricing algorithm ensures that we hit those marks.

**Operator**

Your next question comes from Michael Swartz from Truist Securities.

**Michael Arlington Swartz**
*Truist Securities, Inc., Research Division*

Maybe just to start on the -- some of the cost reduction actions you took. I think you had mentioned it was about $35 million annualized. Could you just walk us through maybe how the cadence of that plays out as we think about the next 12 months? And then is any of that going to be reinvested? Or should most, if not all of that fall to the bottom line?

**Marcus A. Lemonis**
*Chairman & CEO*

So it's important to note that when we started the year and provided the guidepost, we had anticipated reductions of about $22 million to $23 million already planned to execute at the top of the year. And as we saw a little bit of softness in ASP, we knew that the playbook was getting to the number that we committed to, to ourselves. And we knew that there were only certain levers that we can pull on. And so we made an additional $12 million to $13 million of additional cuts by unfortunately reducing headcount, eliminating initiatives in a lot of cases, locking down travel, modifying pay plans, consolidating locations and eliminating certain things that we thought were nice to have, not have to haves.

To be really candid, we went to our 2008, 2009 playbook. And that playbook has never ever collected any dusts, which is anytime we have any issues, what are the things that we do and what are the levers we can pull. Unfortunately, because when you look at our business, it's driven by people. And one of the challenges that we've had in the ASP drag down is that it takes the same number of people to deliver 100 units that retail for $35,000 than it does for units that retail $42,000.

So we had a headcount problem because we don't want to impair the customer experience evidenced by the increasing NPS scores that we have. So we had to really start thinking about consolidation, elimination of certain initiatives, constraining certain ideas that we have. And the $35 million, quite frankly, is almost go through the balance of the year, any risk that a recession could be happening or something else could be happening or tariffs could be impacting things.

And so we have different levels of playbooks that go all the way to the nuclear option to ensure that we are able to hit the targets that we have from [Technical Difficulty] on their balance sheet, in their

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

units. When we talk to our Good Sam team, they talk about campground bookings and reservations and campgrounds looking more full for the spring and summer. I think we could expect to see some nice increase in some of those things, particularly with customers, at least domestically, not wanting to travel internationally, particularly among -- in light of some of the tariff talks. I don't know how many people are going to be going overseas with increased costs and some of the friction that's out there.

**Operator**

Your next question comes from Noah Zatzkin from KeyBanc Capital Markets.

**Noah Seth Zatzkin**
*KeyBanc Capital Markets Inc., Research Division*

I guess, first, in terms of the market consolidations, just wondering if those are kind of accretive to the bottom line? And then relatedly, just how you're thinking about M&A this year?

**Thomas E. Kirn**
*CFO & Principal Accounting Officer*

Yes. Thanks for the question. The way we're thinking about it is we're looking at those locations that -- some of these are smaller locations where we've been monitoring them for some time. And we got through March, and we just took a hard look at this list and said, you know what, it's time to make a move. And it's locations where we feel that we can consolidate the brands and try to maintain a lot of that gross profit that we generate in those locations while also slimming down the overall cost structure in those markets. So the way we're looking at it, it is accretive to the bottom line.

**Marcus A. Lemonis**
*Chairman & CEO*

And traveling the country and meeting with a lot of our investors, they're looking for an increase in sales per rooftop back to some of our peak levels. And sales per rooftop increases usually means EBITDA margin increases because you're eliminating fixed costs and you're getting more juice out of what you have. We are dead set on driving that number back. And Matt will correct me, but I think our average during Good Times was about $77 per rooftop.

**Matthew D. Wagner**
*President*

A little high. That was maybe like -- yes, but right around there per month per rooftop.

**Marcus A. Lemonis**
*Chairman & CEO*

Yes. And I know that we were down in the 60s. And so we're trying to just close that gap as fast as we can. What we're finding when that happens is that because our game from a marketing standpoint is so digitally driven that a really good store that was doing well in that market will just pick up the incremental e-leads, pick up the incremental foot traffic, and they were better at executing and converting. And so in some cases, oddly enough, we're actually seeing an increase in sales in the market because we have the 18 sort of dominating that market, dominating those leads.

As it relates to M&A, we're always looking at different opportunities. We want to be opportunistic. We also want to build cash and delever our business at the same time. We have one transaction that we're looking at that we potentially would close at the back half of the year. And there's a lot of people that we get inbounds from all the time. We are a business that makes acquisitions opportunistically and that should never be lost on people. When you look at our historical margins in terms of multiples and you look at our historical returns, we need to get our returns on acquisitions back up closer to the 19%, 20% range. We need some of the ones that we've made to season.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As you heard Matt earlier mentioned that the Lazydays locations cumulatively were positive in March. That's a huge departure from a business that lost almost $10 million in those locations in the previous 12 months. We have some of our own wood to chop before we go chop some other trees down.

**Noah Seth Zatzkin**
*KeyBanc Capital Markets Inc., Research Division*

Very helpful. Maybe one more. You've kind of touched on this a bit, but maybe to put a finer point on it, the same-store units up 3%, I think you said in March and obviously, high single digits to date in April. What's your sense of the level of outperformance versus rest of industry if that does kind of represent outperformance?

**Matthew D. Wagner**
*President*

I mean, based upon most recently reported stat surveys, which was through February, we picked up a little bit of market share. It was just like super modest, though, in and of itself, especially compared to last year. But when we look at the combined market share growth of new and used, I mean, that's where you saw just like meteoric pickups where we went from what was 11.2% to 14% through February.

So we had to suspect that same like trend probably persisting throughout like March, April based upon just our rough checks. So I wouldn't anticipate that on the new side, we're picking up massive market share gains, but rather relatively moderate.

**Marcus A. Lemonis**
*Chairman & CEO*

Yes. It's relatively moderate, but it's stacked on multiyear growth. And I think that's the difference. And so when we hear about some of our competitors being up 6%, when they're coming off of being down 20%, it's like who cares. We're trying to be up on top of being up last year and growing our used business at the exact same time. I think the 14% that we've thrown around through February is not a number that we really believe is our 2025 number. Our goal was always 12%. We'll be pleased to exceed 12%, but we want to set expectations that 12% is still a significant increase in total volume for the year as we work through the back half.

**Operator**

The next question comes from Tristan Thomas-Martin from BMO Capital Markets.

**Tristan M. Thomas-Martin**
*BMO Capital Markets Equity Research*

Just how the mid single-digit model year '26 price increase, is that just towables? Or was that towables and motorized?

**Matthew D. Wagner**
*President*

That was all of it combined. So I mean we look at a whole basket of goods of all motorized towables combined. So you will have certain motorized subsegments where like Mercedes Sprinter chassis is going to be a much more material price increase year-over-year. However, we don't necessarily feel the entire effects of that because of our ability to just negotiate pricing period. However, when we look holistically, as you know, Tristan, there's going to be a mixed bag of results across every segment. I mean in some categories, there's going to be no price increase with certain brand manufacturers, whereas others, it could be upwards of like 11%, 12%. But holistically, we suggest that it's probably going to land somewhere in that like 5%, 6-ish percent range if we had a guess, some lower, some higher. We won't know for a fact, though, for another month or so. And that's when model year 2026 pricing actually hits more rampantly in every category across the country.

**Tristan M. Thomas-Martin**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*BMO Capital Markets Equity Research*

Okay. And then we do get that 5% to 6% increase on model year '26, how should we think about the mix dynamic, not so much this selling season, but kind of end of '25 and into '26?

**Matthew D. Wagner**
*President*

Well, I think as always, there'll be certain categories, price points where we'll be able to take advantage. And that's been evidenced by the entire exclusive brand lineup that we've been very effective at contract manufacturing, where if you look through every single one of our segments, Class A gas, Cs, fifth-wheel, travel trailers, the best selling floor plan within each of those respective segments is a contract manufactured unit.

And as you heard Marcus mentioned earlier in this call, we believe that we'll be able to continue to bend that curves of affordability to ensure that we're able to take advantage of the opportunity. No matter what, though, the ASPs will have to go up from here. We cannot continue to maintain these ASP levels to the same extent. And we believe that there's still some targeted segments in spite of any sort of price increases, where we'll be able to undercut the rest of the marketplace to ensure that we continue to stack on these moderate market share gains.

**Marcus A. Lemonis**
*Chairman & CEO*

I think it's also important to note that when we talk about ASPs going up 4%, 5%, for those that aren't aware, RVs are financed anywhere from 180 to 240 months. And so when you talk about spreading that out over a long period of time, that matters, particularly when you have rates coming down at the same time. So rate mitigation usually offsets price increases. What we had in the years past is we had price increases and rate increases at the same time, really making the addressable market shrink pretty rapidly. We have the opposite of that happening now.

**Tristan M. Thomas-Martin**
*BMO Capital Markets Equity Research*

Okay. If I can sneak one more in there. Can you maybe just remind everybody vehicle gross margins, what are the historical [ rates ] or what would you consider historical?

**Matthew D. Wagner**
*President*

I mean, Tristan, from my perspective, if you look back at that 2016 through 2018 time frame, you've got new sitting in anywhere from like 13% to about 14%. And used historically is about 20-plus percent. But within the used segment, there's going to be a whole host of different factors that you have to take into consideration, especially in the short term, where we've ramped up our procurement efforts. We've ramped up our consignment efforts pretty extensively. And as I think there was some comments that I read through last evening about our used inventory balances not necessarily being up materially from quarter-to-quarter, what people are oftentimes failing to recognize the amount of consignments that we picked up and invested in, which isn't going to show up in our balance sheet, of course. where if we look through our consignments, we're up to about 2,600 consignments, whereas like historically, that number typically sits in like that 600, 700 range.

**Marcus A. Lemonis**
*Chairman & CEO*

I think what you're really referring to is when people scrape our data and try to extrapolate out what they think our inventory is, they need to take into account that a big chunk of that is inventory that we sell on our lots that we do not own.

**Matthew D. Wagner**
*President*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Correct. And oftentimes, that consignment asset is going to yield a lower gross margin, but we're okay with that. Because when we think about that return on capital, I mean, ultimately, this is an asset that we don't own, and we're able to still enjoy the benefits of selling this asset and yielding that profit.

**Marcus A. Lemonis**
*Chairman & CEO*

Jokingly, the consignments turn 365x because you buy it on the same day that you sell it.

**Matthew D. Wagner**
*President*

That's right.

**Operator**

The next question comes from John Healy from Northcoast Research.

**John Michael Healy**
*Northcoast Research Partners, LLC*

Just one question for me. When you look at kind of the model that you've laid out there over the last couple of years, I think it was 2 years ago at Tampa, you guys talked about 325 stores or so. Is that still a good target for you guys? Because when I hear your comments, it's much more thoughtful now on store count, revenue per store or cost. So my question is, is 325 the right number still that you're aiming for? Or is it lower and the stores are bigger and more productive? And as a result, you can still get to those share gain goals? And just love to get your thoughts on that and maybe the long-term profit potential at that store count level.

**Marcus A. Lemonis**
*Chairman & CEO*

Yes. So driving profitability is absolutely the top thing on our list and getting back to the type of EBITDA margins that we enjoyed previously is right there at the top of the list. And how we get there is going to be something that will evolve over time. We still know that we need to grow our footprint, and we still see white space across the country, and we still see opportunity to enter markets that we're not in today, and we still see opportunity to pick up brands where we think there's market share growth opportunity today. And we still see opportunity to increase our service base and our opportunities.

So the idea of us ever -- anybody ever thinking that we are not a growth company would be a terrible, terrible misnomer. How we grow, it needs to be more qualitative. And whether we're going to get to 320 or 312, we know that we need to grow the size of our business to get to $10 billion, $11 billion in top line. We want to do that as smartly as we can. We want to have margins in process and EBITDA returns be what they should be. And so whether -- again, whether it's 320 or not, we are a growth company. And over 20 years, we built this business by tacking on locations, by finding markets, by acquiring new brands, by adding new service space. That is never going to change.

We also are conscious of the environment that we're in, and we also understand our necessity to delever our balance sheet. So building cash and growing earnings at an accelerated rate is priority #1. That doesn't mean that we're not going to be opportunistic. We've already acquired and picked up, I think, 10 stores this year. And we think that they were a better trade for some of the other ones that we consolidated. So like any football team, there's 53 players. We're going to look to upgrade that talent and upgrade the performance every single day on our path to north of 300.

**Operator**

Your next question comes from Brett Jordan from Jefferies.

**Bret David Jordan**
*Jefferies LLC, Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ex the -- I think you said ex the cheap RVs, ASPs were up, I guess, over $40,000. What percentage of your units are 13Bs and 17Bs?

**Marcus A. Lemonis**
*Chairman & CEO*

We don't disclose that information just for competitive reasons, but we'll tell you that it's a pretty nice chunk of our new travel trailer business. But we -- everybody is trying to always figure out exactly what we're doing, and we need to keep some competitive advantage so that we can get our market share to where we want to get it to.

**Bret David Jordan**
*Jefferies LLC, Research Division*

Okay. And then I guess you said there's no fallout for the RV industry from the tariffs, but I think there was an Indiana paper last week talked about Thor doing some pretty significant layoffs early in the season here. Do you think others are starting to react as if there will be fallout? I mean, obviously, consumer confidence is pretty weak and this morning's GDP and employment numbers are weak. Do you feel like the manufacturers are starting to reel things in, in advance?

**Marcus A. Lemonis**
*Chairman & CEO*

I don't want to predict what the manufacturers are doing to improve the efficiency, but I would imagine that why they're making certain changes is in anticipation of having to absorb some moderate tariff increases. I don't think any manufacturer believes that they're going to take an increase in any particular part or piece because that's really what we're talking about, and they're just going to pass it on to the dealer and the dealer is going to pass it on. I think they, along with us, are tightening every part of our belt to ensure that whatever the impact is, we're braced for it, and we're getting ready for it.

I think what I love most about what's happening right now is that the tariff thing is actually causing everybody in our industry to just get smarter, more efficient, leaner, look at ways to make more money, look at ways to cut costs, look at ways to improve the supply chain, look at ways to be more diversified in ways that we make money. Those are good things. And we don't really believe that this tariff thing is going to be in the long term as overblown as it may be today, but we are braced for it, and we are making the changes that are necessary. We don't want to speculate on why they're making changes. We hope that it's because they understand that there's not a lot of elasticity in pricing and you can't pass it all on.

**Bret David Jordan**
*Jefferies LLC, Research Division*

Is there a more important metric than consumer confidence to be looking at? I mean you said there's no direct impact from tariffs on the space, but it seems like an indirect might be what happens to the consumer with broader potential inflation. Is there a metric that you guys run regressions against other that's more important than confidence?

**Marcus A. Lemonis**
*Chairman & CEO*

For our business, it's availability of credit and the affordability of the product. And so price and rate matter and the availability of credit matters. Those are really the 2 things that we think about. We're not naive to think that if the consumer gets negatively impacted, it's going to be a problem. But we also know that the consumer will make choices. We know they're going to make choices. And if there's increases in certain things, they're not going to buy them until the price comes back.

When you look at what happened to the RV industry coming out of COVID, where prices had exploded to the upside, and then they had to come back down. That was the recognition by everybody, including the manufacturers that the consumer is just not going to do it. And so when we talk about inflation, we are worried about inflation on things like food and gas and things that people must have. But on discretionary items, they can make choices. We think that the reason our business in April continues to be good is

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

because we understand those choices, and we give them a product offering that meets what they can afford.

**Operator**

This concludes our question-and-answer session. I would now like to turn the conference back over to Marcus Lemonis for closing remarks.

**Marcus A. Lemonis**
*Chairman & CEO*

Thank you. As we navigate through the balance of this quarter, it is our expectation just to reiterate that we feel strong about our guidepost. We understand the macro isn't ideal for this environment, and we will do what it takes to make the necessary adjustments to deliver the results we expect from ourselves. Thank you.

**Operator**
Thank you. The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2025 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2025 S&P Global Market Intelligence.